ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-7177
    E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>APPROXIMATELY 73 MISCELLANEOUS JEWELRY ITEMS, ONE 2003 TRAVEL SUPREME SELECT MOTOR HOME, ONE 2007 LEXUS LX 470, APPROXIMATELY 14 MISCELLANEOUS GENERAL MERCHANDISE ITEMS AND $1,047.76 IN U.S. CURRENCY,<br><br>      Defendants.<br><br>TERRENCE G. TUCKER, SONYA TUCKER, IRENE WIRTENBERGER AND ROBERT WIRTENBERGER,<br><br>      Claimants. | No. CV 09-03649 R(AGRx)<br><br>**ORDER GRANTING PLAINTIFF UNITED STATES OF AMERICA'S MOTION FOR AN ORDER (1) AUTHORIZING THE UNITED STATES OF AMERICA TO SELL THE DEFENDANT ASSETS AND APPLY THE NET SALE PROCEEDS TO THE RESTITUTION ORDER ENTERED AGAINST TERRENCE TUCKER AND SONYA TUCKER IN THE RELATED CRIMINAL CASE; AND (2) DISMISSING THIS CIVIL FORFEITURE CASE WITHOUT PREJUDICE**<br><br>Date: May 3, 2010<br>Time: 10:00 a.m.<br>Courtroom: 8, the Honorable<br>            Manuel L. Real |

1    The motion by plaintiff United States of America ("the
2 government") for an order (1) authorizing the United States of
3 America to sell the defendant assets and apply the net sale
4 proceeds to the restitution order entered against Terrence Tucker
5 and Sonya Tucker in the related criminal case; and (2) dismissing
6 this civil forfeiture case without prejudice came on regularly for
7 hearing before this Court on May 3, 2010.  After considering the
8 papers submitted by the parties, arguments of counsel and all other
9 matters presented to the Court in connection with the motion, and
10 good cause appearing,
11    IT IS HEREBY ORDERED that:
12    1.  The government's motion is granted.  The defendant assets
13 in this civil forfeiture case shall be used to satisfy the order on
14 stipulation re: restitution (the "stipulated restitution order")
15 filed on February 22, 2010 (docket no. 109) in the related criminal
16 case against Terrence G. Tucker and Sonya Tucker entitled <u>United
17 States v. Terrance George Tucker and Sonya Delores Wodke Tucker</u>,
18 Case No. CR 08-1404-R (the "Tucker Criminal Case").
19    2.  The defendant assets will be applied to the stipulated
20 restitution order in the following manner.  The government shall
21 sell the non-currency defendants in this civil forfeiture action
22 (<u>i.e.</u>, the defendants Approximately 73 Miscellaneous Jewelry Items,
23 One 2003 Travel Supreme Select Motor Home, One 2007 Lexus LX 470
24 and Approximately 14 Miscellaneous General Merchandise Items), and
25 distribute the currency defendant in this civil forfeiture action
26 (<u>i.e.</u>, the defendant $1,047.76 in U.S. Currency), and the proceeds
27 of the sale of the non-currency defendants, to the extent such
28 amounts are available, in the following priority:

   (a)  first, payment to the government for all its expenses in maintaining, storing and selling the defendant assets; and

   (b) second, payment to the victims in the manner set forth in the stipulated restitution order (*i.e*., payment in the proportion of each to the total).  The total amount of restitution reflected in the stipulated restitution order is $532,719.00, which consists of the following:  William Bass ($84,295.00); William Blamires ($56,954.00); Carol Frost ($168,612.00); Frank Lucido ($48,646.00); Michael Putich ($14,975.00); and Robert Wirtenberger ($159,237.00).

  3.  This civil forfeiture action is dismissed without prejudice.  The parties shall bear their own attorney fees and costs.

DATED: MAY 13, 2010

_____
THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Submitted By:

ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA